IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH SCOTT GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-cv-985 |
| ) | |
| WENDY J. ROAL and ROBERT ROLOFF, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court for case management. On October 31, 2012, a summons directed to Defendant Wendy J. Roal, was returned unexecuted with a notation that Ms. Roal has retired from the Bureau of Prisons and that no forwarding address is available. It is generally Plaintiff's obligation to provide the Court with an address for service of process for each named Defendant. In this matter, however, Plaintiff is incarcerated, is proceeding *pro se* and *in forma pauperis* and it is unlikely that he will be able to secure an appropriate address for service of process.

Defendants are therefore **ORDERED** to provide, under seal, the last known address of Defendant Wendy J. Roal if that address is known or can reasonably be discovered. Defendants shall provide the address by February 14, 2013 or shall indicate an inability to do so.

**DATED: January 16, 2013**

**DONALD G. WILKERSON**
**United States Magistrate Judge**